UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 26-001-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| JEROME E. FRANKLIN, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Defendant Jerome Franklin previously filed a motion requesting an evaluation to aid the Court in determining his competency to stand trial. [Record No. 23] The Court granted the motion and directed that a custodial evaluation pursuant to 18 U.S.C. §§ 4241 and 4247 be conducted by an evaluator with the Bureau of Prisons. [Record No. 27] Franklin's treatment period was twice extended following correspondence from the Warden of MCFP Springfield. [Record Nos. 48 and 52] The third and final competency report indicated that Franklin's competency to stand trial had been restored. [Record No. 56]

United States Magistrate Judge Edward B. Atkins held a competency hearing in this matter on February 20, 2026. [Record No. 77] At that time, the parties stipulated to the forensic psychologist's qualifications, report, and findings. [Record No. 78 at 1] Magistrate Judge Atkins issued a written opinion that same day, concluding that Franklin is now competent to stand trial. *Id.* In making this determination, the Magistrate Judge engaged in an analysis of the forensic report, observing that it constitutes a thorough and comprehensive assessment of Franklin's mental and psychiatric condition.

The report makes clear that Franklin understands the nature of the offenses charged, is aware of the proceedings against him, and can assist in his defense. Concluding that there is presently no evidence that Franklin is not competent, Magistrate Judge Atkins recommends that the undersigned find him competent to face further proceedings. Neither party objected and they waived further time for objections to the recommendation. [Record Nos. 79–80]

Based on the foregoing, it is hereby **ORDERED** as follows:

1. The United States Magistrate Judge's Report and Recommendation [Record No. 78] is **ADOPTED** and **INCORPORATED** here in full. The undersigned finds and concludes that the defendant is competent to face all further proceedings.

2. This matter is set for a pretrial conference on **Friday, April 17, 2026**, beginning at the hour of **10:00 a.m.**, at the United States Courthouse in **London, Kentucky**.

3. This matter is scheduled for a jury trial on **Tuesday, April 28, 2026**, beginning at the hour of **9:00 a.m.**, at the United States Courthouse in **London, Kentucky**. Counsel are directed to be present at **8:30 a.m.** The estimated length of trial is **two days**.

Dated: February 25, 2026.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky